**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Angel Bates and James Bates, Defendants,

Of whom James Bates is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-000830

―――――――――――――

Appeal From Anderson County
Karen F. Ballenger, Family Court Judge

―――――――――――――

Unpublished Opinion No. 2015-UP-550
Submitted October 28, 2015 – Filed December 1, 2015

―――――――――――――

**AFFIRMED**

―――――――――――――

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Kaye Davis, of South Carolina Department of Social Services, of Anderson, for Respondent.

Brittany Dreher Senerius, of Senerius & Tye, Attorneys at Law, of Anderson, for the Guardian ad Litem.

**PER CURIAM:**  James Bates appeals the family court's final order terminating his parental rights to his minor children.  See S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Bates's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.